IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> *Plaintiff*, <br><br> v. <br><br> BACARELLA TRANSPORTATION SERVICES, INC., SPRINT CORPORATION, BRIGHTSTAR INTERNATIONAL CORPORATION, T.S. EXPRESS, INC., FORWARD AIR COPORATION, NORMARK OF TEXAS, LLC, and OSCAR MACEDO CAMPUZANO, <br><br> *Defendants*. | Civil Action No. 3:19CV1364 |

## DEFENDANT SPRINT CORPORATION'S MOTION TO DISMISS

Defendant Sprint Corporation ("Sprint"), pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(5), and 12(b)(6), moves to dismiss all claims filed by Plaintiff National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") against Sprint. The reasons supporting Sprint's motion are fully set forth in the accompanying brief.

Dated: July 5, 2019

Respectfully submitted,

**SPRINT CORPORATION**

*By Counsel*

*/s/ Lishel M. Bautista*
Lishel M. Bautista
Texas Bar No. 24042457
McGuireWoods LLP
2000 McKinney Avenue
Suite 1400
Dallas, TX 75201

1

Phone: (214) 932-6408
Fax: (469) 372-7478
lbautista@mcguirewoods.com

*Counsel for Sprint Corporation*

## CERTIFICATE OF SERVICE

I certify that, on July 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

/s/ Lishel M. Bautista