IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br>*Plaintiff*,<br><br>V.<br><br>BACARELLA TRANSPORTATION SERVICES, INC. D/B/A BTX GLOBAL LOGISTICS, SPRINT CORPORATION, BRIGHTSTAR INTERNATIONAL CORP. D/B/A BRIGHTSTAR CORP., T.S. EXPRESS, INC., FORWARD AIR CORPORATION, NORMARK OF TEXAS, LLC, AND OSCAR MACEDO CAMPUZANO<br>*Defendants* | C.A. No. 3:19-CV-01364-X |

## MOTION FOR VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA, and files its Motion for Voluntary Dismissal of Sprint Corporation and Sprint/United Management Company without prejudice.  Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA does not desire to try this matter against Defendants Sprint Corporation and/or Sprint/United Management Company.  Defendants have not answered or filed a motion for summary judgment in this case.  Plaintiff requests this Honorable Court enter an Order of Dismissal as to Sprint Corporation and Sprint/United Management Company only.

Respectfully submitted this 30th day of November 2020.

        Respectfully submitted,

        DOWNS♦STANFORD, P.C.

        *//s// Timothy U. Stanford*  *
        Timothy U. Stanford
        State Bar No. 19041030
        Fed. I.D. No. 14285
        2001 Bryan Street, Suite 4000
        Dallas, Texas 75201
        Phone: (214) 748-7900
        Fax:    (214) 748-4530
        Email: tstanford@downsstanford.com
        *Attorney for Plaintiff, National Union Fire*
        *Insurance Company of Pittsburgh, PA*

*\*Electronic signature by permission.*

        THE BALE LAW FIRM, PLLC

        *//s// Jeffrey R. Bale*
        Jeffrey R. Bale
        State Bar No. 01629800
        Federal ID No. 3324
        Kensington I, Suite 200
        1600 Highway 6 South
        Sugar Land, Texas 77478
        Phone:  (281) 295-6000
        Fax:     (281) 295-6010
        Email:  jbale@balelawfirm.com
        *Attorney for Plaintiff,*
        *National Union Fire Insurance Company*
        *of Pittsburgh, PA*

OF COUNSEL
Ross B. Bale
State Bar No. 24094522
Federal ID No. 2639704
THE BALE LAW FIRM, PLLC
Kensington I, Suite 200
1600 Highway 6 South
Sugar Land, Texas 77478
Phone:  (281) 295-6000
Fax:  (281) 295-6010
Email: rbale@balelawfirm.com
*Attorney for Plaintiff,*
*National Union Fire Insurance*
*Company of Pittsburgh, PA*

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am a member of THE BALE LAW FIRM, PLLC, attorneys for the Plaintiff herein, and that I have provided a copy of the foregoing to all counsel of record via the ECF Filing System and/or via electronic transmission this **30th** day of **November, 2020**.

**Via the ECF Filing System**
Mr. James R. Koecher
Mr. Michael D. Williams
Brown Sims, P.C.
1177 West Loop South, 10th Floor
Houston, Texas 77027
*Counsel for Defendant,*
*Bacarella Transportation Services, Inc.*
*d/b/a BTX Global Logistics*

**Via the ECF Filing System**
Mr. Antonio C. "Chris" Rodriguez
Hermes Law, P.C.
2001 N. Lamar St., Suite 450
Dallas, Texas 75202
*Local Counsel for Defendant,*
*Bacarella Transportation Services, Inc.*
*d/b/a BTX Global Logistics*

**Via the ECF Filing System**
Mr. Vic Houston Henry
Ms. Emileigh Stewart Hubbard
Henry Oddo Austin & Fletcher, P.C.
1700 Pacific Avenue, Suite 2700
Dallas, Texas 75201
*Counsel for Defendant,*
*Forward Air Corporation*

**Via the ECF Filing System**
Ms. Lishel M. Bautista
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
*Local Counsel for Defendants,*
*Sprint/United Management Company*
*and Sprint Corporation*

**Via the ECF Filing System**
Mr. Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Blvd., Suite 1800
Tysons, Virginia 22102-4215
*Counsel for Defendants,*
*Sprint/United Management Company*
*and Sprint Corporation*

**Via the ECF Filing System**
Mr. Randy D. Gordon
Mr. Lucas C. "Luke" Wohlford
Barnes & Thornburg, LLP
2121 North Pearl Street, Suite 700
Dallas, Texas 75201-2469
*Counsel for Defendant,*
*Brightstar International Corp.*

**Via Email: jgreene@scopelitis.com**
Mr. John W. Greene
Scopelitis, Garvin, Light, Hanson
  & Feary, P.C.
777 Main Street, Suite 3450
Fort Worth, Texas 76102
*Local Counsel for Defendant,*
*Normark of Texas. LLC*

**Via Email: kjeffries@scopelitis.com**
Ms. Kathleen C. Jeffries
Scopelitis, Garvin, Light, Hanson
  & Feary, P.C.
2 North Lake Avenue, Suite 560
Pasadena, California 91101
*Counsel for Defendant,*
*Normark of Texas, LLC*

*//s// Jeffrey R. Bale*
Jeffrey R. Bale