IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA <br><br> Plaintiff, <br><br> v. <br><br> BACARELLA TRANSPORTATION SERVICES, INC. D/B/A BTX GLOBAL LOGISTICS, SPRINT CORPORATION, BRIGHTSTAR INTERNATIONAL CORP. D/B/A BRIGHTSTAR CORP., T.S. EXPRESS, INC., FORWARD AIR CORPORATION, NORMARK OF TEXAS, LLC, and, OSCAR MACEDO CAMPUZANO <br> Defendants. | Civil Action No. 3:19-CV-01364-X |

### PLAINTIFF, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S  MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff, National Union Fire Insurance Company of Pittsburg, PA and announces to the Court that all matters in controversy between the parties hereto have been compromised and settled and the consideration for the settlement has been paid in full and accordingly requests dismissal with prejudice of Plaintiff's claims and causes of action against Defendants, Bacarella Transportation Services, Inc. d/b/a BTX Global Logistics, Inc., Forward Air Corporation  and Normark of Texas, LLC in their entirety upon the announcement of settlement.

WHEREFORE PREMISES CONSIDERED, Plaintiff National Union Fire Insurance Company of Pittsburg, PA  prays that this  suit against Defendants, Bacarella Transportation Services, Inc. d/b/a BTX Global Logistics, Inc., Forward Air

Corporation, and Normark of Texas, LLC,  be dismissed with prejudice  with costs of court to be borne by the party incurring same.

>Respectfully submitted,
>
>DOWNS♦STANFORD, P.C.
>*//s// Timothy U. Stanford *
>Timothy U. Stanford
>State Bar No. 19041030
>Fed. I.D. No. 14285
>2001 Bryan Street, Suite 4000
>Dallas, Texas 75201
>Phone: (214) 748-7900
>Fax: (214) 748-4530
>Email: tstanford@downsstanford.com
>THE BALE LAW FIRM, PLLC
>Jeffrey R. Bale
>State Bar No. 01629800
>Federal ID No. 3324
>Kensington I, Suite 200
>1600 Highway 6 South
>Sugar Land, Texas 77478
>Phone: (281) 295-6000
>Fax: (281) 295-6010
>Email: jbale@balelawfirm.com
>*Attorneys for Plaintiff,*
>*National Union Fire Insurance Company of Pittsburgh, PA*

*Electronic signature by permission.*

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded to all attorneys of record in accordance with the Federal Rules of Civil Procedure as well as the Northern District of Texas' Local Rules via electronic service on this the 19th day of October 2022.

>By:  /s/ James R. Koecher
>     James R. Koecher