IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br><br>Plaintiff,<br><br>v.<br><br>BACARELLA TRANSPORTATION SERVICES, INC. D/B/A BTX GLOBAL LOGISTICS, SPRINT CORPORATION, BRIGHTSTAR INTERNATIONAL CORP. D/B/A BRIGHTSTAR CORP., T.S. EXPRESS, INC., FORWARD AIR CORPORATION, NORMARK OF TEXAS, LLC, and, OSCAR MACEDO CAMPUZANO<br>Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No. 3:19-CV-01364-X |

# **ORDER**

Plaintiff, National Union Fire Insurance Company of Pittsburg, PA's suit against Defendants, Bacarella Transportation Services, Inc. d/b/a BTX Global Logistics, Inc. ("BTX"), Forward Air Inc. and Normark of Texas, LLC is hereby DISMISSED WITH PREJUDICE with each party to bear their respective costs of court and attorney's fees.

Signed this 15th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

DOWNS♦STANFORD, P.C

By: *//s// Timothy U. Stanford* *
Timothy U. Stanford
State Bar No. 19041030
Fed. I.D. No. 14285
2001 Bryan Street, Suite 4000
Dallas, Texas 75201
Phone: (214) 748-7900
Fax: (214) 748-4530
Email: tstanford@downsstanford.com
THE BALE LAW FIRM, PLLC
Jeffrey R. Bale
State Bar No. 01629800
Federal ID No. 3324
Kensington I, Suite 200
1600 Highway 6 South
Sugar Land, Texas 77478
Phone: (281) 295-6000
Fax: (281) 295-6010
Email: jbale@balelawfirm.com
*Attorneys for Plaintiff,*
*National Union Fire Insurance Company of Pittsburgh, PA*

*\*Electronic signature by permission.*